13 So.2d 776

**Robert HERD v. STATE.**

**7 Div. 744.**

Supreme Court of Alabama.

May 27, 1943.

Wm. N. McQueen, Acting Atty. Gen., and Randolph G. Lurie, Asst. Atty. Gen., for the petition.

Wm. Conway, of Birmingham, opposed.

GARDNER, Chief Justice.

Petition of the State, by its Attorney General for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Herd v. State, 13 So.2d 775, wherein a judgment of conviction of burglary was reversed.

Writ denied.

BOULDIN, FOSTER, and LAWSON, JJ., concur.